UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-5159-GW-BFMx | Date | May 5, 2025 |
|---|---|---|---|
| Title | *Tele1Ten, Inc. v. American Express National Bank* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On May 1, 2025, Defendant American Express National Bank filed a Notice of Settlement [24]. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 60 days. The Court sets an order to show re: settlement hearing for July 3, 2025 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on July 1, 2025.

| | : | |
|---|---|---|
| | Initials of Preparer | JG |