

1  Azadeh Manoussi, Esq. (SBN 321418)
   Tyler Vance, Esq. (SBN 318810)
2  **MVP TRIAL LAWYERS**
   92 Corporate Park, Suite C211
3  Irvine, CA 92606
   Telephone: (213) 770-7700
4  Facsimile: (213) 480-6201
   Email: tvance@themvplawgroup.com
5
   Attorney for Plaintiff,
6  **TELE1TEN, INC.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELE1TEN, INC., a Colorado Corporation<br><br>  Plaintiff,<br><br>  v.<br><br>AMERICAN EXPRESS COMPANY, a New York Corporation and DOES 1 through 50, inclusive<br><br>  Defendants. | Case No.: CV 24-5159-GW-BFMx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

**ORDER**

**PURSUANT TO STIPULATION OF COUNSEL,** that this matter be dismissed in its entirety with prejudice.

**IT IS SO ORDERED**

Dated: July 2, 2025

_____
HON. GEORGE H. WU,
United States District Judge

STIPULATION - 1